# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ODDS ON RECORDING STUDIOS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>BCD MUSIC GROUP, INC., *et al.,*<br><br>                Defendants. | Case No. 2:10-cv-01754-RLH-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered October 12, 2010, regarding removal of this case to federal district court. On November 17, 2010, Defendants filed a signed Statement (Dkt. #16) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., December 7, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 23rd day of November, 2010.

                                                                         _____
                                                                         Peggy A. Leen
                                                                         United States Magistrate Judge